IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREA PITTS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-599-LPR

**LAKE AREA FISH HOUSE, INC.,**     **DEFENDANTS**
**and MACK McALISTER**

## JOINT STATUS REPORT

Plaintiff Andrea Pitts, individually and on behalf of all others similarly situated, and Defendants Lake Area Fish House, Inc., and Mack McAlister, by and through their respective undersigned counsel, submit the following joint status report as required pursuant to this Court's Final Scheduling Order (ECF No. 8):

1. Settlement conference: No settlement conference has been conducted as of this filing. The Parties may later seek a referral to a magistrate judge to conduct a settlement conference if the Parties believe that would be beneficial.

2. Settlement prospects: The Parties have previously engaged in some settlement discussions and have engaged in some negotiations. While the Parties have not made much progress more recently on this front, they will continue to explore the possibility of a settlement as the case moves forward.

3. Estimated length of trial: The Parties estimate the trial will be complete in one to two days.

        Respectfully submitted,

        **ANDREA PITTS, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

        */s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

        Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **LAKE AREA FISH HOUSE, INC., AND
MACK McALISTER, DEFENDANTS**

        MITCHELL, WILLIAMS, SELIG, GATES
& WOODYARD, P.L.L.C.
425 W. Capital Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807

        */s/ Byron Freeland*
Byron Freeland
Ark. Bar No. 72039
bfreeland@mwlaw.com