IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREA PITTS, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-599-LPR

**LAKE AREA FISH HOUSE, INC.,**     **DEFENDANTS**
**and MACK McALISTER**

### JOINT MOTION FOR REFERRAL TO
### MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

Plaintiff Andrea Pitts, individually and on behalf of all others similarly situated, and Defendants Lake Area Fish House, Inc., and Mack McAlister, by and through their respective undersigned counsel, for their Joint Motion for Referral to Magistrate for Settlement Conference, hereby state and allege as follows:

1. The Parties have completed discovery and engaged in some settlement discussions; based on those discussions, they believe they would benefit from a mediated settlement conference.

2. The Parties hereby jointly move the Court to refer this case to a magistrate judge for a settlement conference to be held at the magistrate judge's earliest convenience.

WHEREFORE, the Parties respectfully pray that their Joint Motion for Referral to Magistrate Judge for Settlement Conference be granted in its entirety, that this case be referred to a magistrate for a settlement conference, and for all other relief the Court may find necessary or proper.

Page 1 of 2
Andrea Pitts, et al. v. Lake Area Fish House, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-599-LPR
Joint Motion for Referral to Magistrate Judge for Settlement Conference

        Respectfully submitted,

        **ANDREA PITTS, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

        */s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

        Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **LAKE AREA FISH HOUSE, INC., AND
MACK McALISTER, DEFENDANTS**

        MITCHELL, WILLIAMS, SELIG, GATES
& WOODYARD, P.L.L.C.
425 W. Capital Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807

        */s/ Byron Freeland*
Byron Freeland
Ark. Bar No. 72039
bfreeland@mwlaw.com

**Page 2 of 2
Andrea Pitts, et al. v. Lake Area Fish House, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-599-LPR
Joint Motion for Referral to Magistrate Judge for Settlement Conference**