IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANDREA PITTS, Individually and on
Behalf of All Others Similarly Situated                                                      PLAINTIFF

v.                                    CASE NO. 4:22-CV-00599 LPR

LAKE AREA FISH HOUSE, INC.,
and MACK MCALISTER                                                                         DEFENDANTS

# ORDER

Pending before the Court is a Joint Motion for Referral to Magistrate Judge for Settlement Conference (Doc. 14). The motion is ***granted***.

Therefore, the matter of a settlement conference in this case is hereby referred to Magistrate Judge Patricia S. Harris for further proceedings. The trial in this matter is currently scheduled for October 3, 2023.

IT IS SO ORDERED this 13th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE