IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREA PITTS, Individually and on**                            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                         No. 4:22-cv-599-LPR

**LAKE AREA FISH HOUSE, INC.,**                                 **DEFENDANTS**
**and MACK McALISTER**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andrea Pitts and Defendants Lake Area Fish House, Inc., and Mack McAlister, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the minimum wage provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA")*.*

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit.

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

Page 1 of 2
**Andrea Pitts, et al. v. Lake Area Fish House, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:22-cv-599-LPR**
**Joint Stipulation of Dismissal with Prejudice**

Respectfully submitted,

**ANDREA PITTS, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and **LAKE AREA FISH HOUSE, INC., AND MACK McALISTER, DEFENDANTS**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
425 W. Capital Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807

*/s/ Byron Freeland*
Byron Freeland
Ark. Bar No. 72039
bfreeland@mwlaw.com

**Page 2 of 2
Andrea Pitts, et al. v. Lake Area Fish House, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-599-LPR
Joint Stipulation of Dismissal with Prejudice**